**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiffs
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (201) 882-0303
Fax:     (201) 299-2714
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J. BEKKERS & CO. AND INNOVATION INC.         ECF CASE

                Plaintiffs,                         08 CV ____ (____)

    - against -                                       **FED. R. CIV. P.
                                                             §7.1 STATEMENT**

RELIANCE INDUSTRIES LTD.

                Defendant.

------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs J. Bekkers & Co. and Innovation Inc. certify that Plaintiffs have no U.S. corporate parents and publicly held corporations owning 10% or more of its stock.

Dated: New York, New York
       February 12, 2008

                                          **LAW OFFICES OF RAHUL WANCHOO**
                                          Attorneys for Plaintiffs
                                          J. Bekkers & Co. and Innovation Inc.

                                          By: _/s/ Rahul Wanchoo_____
                                                 Rahul Wanchoo (RW-8725)