UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J. BEKKERS & CO AND INNOVATION INC.                ECF CASE

                Plaintiff,                 08 Civ 01468 (DAB)

   - against -                                      **STIPULATION AND ORDER
                                                    FOR RELEASE OF FUNDS
                                                    AND DISMISSAL OF ACTION**

RELIANCE INDUSTRIES LTD.

                Defendant.
------------------------------------------------------------X

      WHEREAS the Defendant has agreed to settle Plaintiff's claims in the Verified Complaint dated February 12, 2008; and

      WHEREAS the parties settlement agreement requires that the $27,455.49 of Defendant's funds restrained within this District at Bank of New York pursuant to the February 13, 2008 Ex Parte Order and Process of Maritime Attachment and Garnishment, shall be released pursuant to written instructions to be furnished to the Bank of New York by Defendant's counsel, Lennon, Murphy & Lennon, LLC; and,

      WHEREAS any and all other funds restrained within this District at any other garnishee(s) other than Bank of New York, shall be released pursuant to written instructions to be furnished to any such garnishee, by Defendant's counsel, Lennon, Murphy & Lennon, LLC.

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

      The $27,455.49 of Defendant's funds restrained within this District at Bank of New York shall forthwith be released pursuant to written instructions to be provided by Defendant's counsel to the Bank of New York as provided above; and

1

Any other funds restrained within this District at any other garnishee(s) other than Bank of New York, shall be released pursuant to written instructions to be furnished to any such garnishee, by Defendant's counsel, Lennon, Murphy & Lennon, LLC.

This action shall thereafter be dismissed with prejudice and without costs as to either party.

Dated: June 23, 2008
New York, NY

| The Plaintiffs,<br>J. BEKKERS & CO. and INNOVATION, INC. | The Defendant,<br>RELIANCE INDUSTRIES LTD. |
|---|---|
| By: *Rahul Wanchoo*<br>Rahul Wanchoo (RW 8725)<br>Law Offices of Rahul Wanchoo<br>350 Fifth Avenue, 59th Floor<br>New York, NY 10118<br>Tel: (201) 882-0303<br>Fax: (201) 301-3576<br>rwanchoo@wanchoolaw.com | By: *Patrick F. Lennon*<br>Patrick F. Lennon (PL 2162)<br>Lennon, Murphy & Lennon, LLC.<br>The GrayBar Building<br>420 Lexington Avenue, Ste 300<br>New York, NY 10170<br>Tel: (212) 490-6050<br>Fax: (212) 490-6070<br>pfl@lenmur.com |

The Defendant,

SO ORDERED:

*Deborah A. Batts*
Honorable Deborah A. Batts, U.S.D.J.
7/2/08

2